






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-98-00619-CR







The State of Texas, Appellant



v.



David Wayne Smith, Appellee






FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY


NO. 53,291, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING







PER CURIAM

The State's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.



Before Chief Justice Aboussie, Justices Powers and Kidd

Dismissed on State's Motion

Filed:   December 17, 1998

Do Not Publish


